O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SA CR14-0159 AG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | |
| JOSEPH GIANCASPRO | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
_____D submits to detention_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
_____See above._____

IT IS ORDERED that defendant be detained.

DATED: March 6, 2018

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2